Bronislaws Pernok (Otherwise Known as John Gibson), Respondent, v. International Paper Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence upon the question as to whether the plaintiff's injuries were caused by the alleged "wobbling" of the machine. All concurred, except Kruse, P. J., who dissented.

The People of the State of New York ex rel. Thomas O'Grady, of the City of Buffalo, Relator, v. The Board of Supervisors of Niagara County, New York, Respondents.—Writ of certiorari sustained, with fifty dollars costs and disbursements to relator, and the accounts presented by the relator remitted to the board of supervisors of Niagara county for audit, pursuant to law. See opinion by Merrell, J., in case of *People ex rel. Watts* v. *Board of Supervisors* (170 App. Div. 334), decided December 1, 1915. All concurred.